■ In the Matter of GWENRAY REST. CORP., Petitioner, v. NEW YORK STATE LIQUOR AUTHORITY, Respondent.— Proceeding pursuant to article 78 of the CPLR to review respondent's determination, dated October 5, 1973, which canceled petitioner's restaurant liquor license. Determination modified, on the law, by reducing the punishment imposed from cancellation of license to a suspension of 60 days. As so modified, determination confirmed, without costs, and matter remitted to respondent to determine the date of commencement of the period of suspension. In our opinion, the punishment imposed by respondent was an abuse of discretion to the extent indicated herein. Hopkins, Acting P. J., Shapiro, Christ, Brennan and Munder, JJ., concur.

■ In the Matter of FLORENCE M. LANG, Respondent, v. ALAN LANG, Appellant.— In a proceeding by appellant's former wife to modify an order of the Family Court, Nassau County, directing him to pay for support of the parties' son, the appeal is from an order of said court, entered July 27, 1973, which granted the application, after a hearing. Order modified, on the facts and in the exercise of discretion, by reducing (1) the amount fixed therein for the child's support from $450 a month to $400 a month and (2) the amount fixed therein as appellant's share of the cost of the child's schooling for the school year 1972–1973 from $2,800 to $2,150. As so modified, order affirmed, without costs. Under all of the circumstances of this case, the payments by appellant for his son's support and education should be reduced as above stated. Shapiro, Acting P. J., Cohalan, Christ, Benjamin and Munder, JJ., concur.